IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. CR415-188
)
LAMARLVIN WATTS also known as )
Lamarlvin Arkeena Watts, )
)
Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 56), to which no objections have been filed. After a careful review of the record, the Court determines by a preponderance of the evidence that Defendant is mentally competent to stand trial. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case.

SO ORDERED this 9th day of November 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA