# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| LAMARLVIN WATTS, | ) | |
| Movant, | ) | |
| v. | ) | CV419-078 |
| | ) | CR415-188 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

Lamarlvin Watts' motion to supplement his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his federal sentence, which is unopposed, is **GRANTED**. CR415-188, doc. 151; *see* S.D. Ga. L. R. 7.5. The Government shall address Watts' supplement in its response to his § 2255 motion.

**SO ORDERED,** this 22nd day of May, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA