IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAMARLVIN WATTS, )
)
    Petitioner, )
)
v. ) CASE NO. CV419-078
) CR415-188
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed.[1] After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the Government's Motion to Dismiss (Doc. 6) is **GRANTED**; Petitioner's Motion to Amend (Doc. 7) is **DENIED**; and Petitioner's Motion to Expedite (Doc. 9) is **DENIED AS MOOT**. Applying the Certificate of Appealability (COA) standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872 at *1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation. Therefore, Petitioner is not entitled to a COA. See 28 U.S.C. § 2253(c)(1); 28 U.S.C. § foll. § 2255, Rule 11(a) ("The

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV419-078.

district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."). The Clerk of Court is **DIRECTED** to close these cases.

SO ORDERED this 15th day of October 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA